David J. Beauvais (CA Bar # 84275)
LAW OFFICE OF DAVID J. BEAUVAIS
409-13th Street, 20th Floor
Oakland, California 94612
Telephone: (510) 832-3605
Facsimile:   (510) 832-3610

Attorney for Plaintiff
MARK ENNIS

UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ENNIS,<br><br>         Plaintiff,<br><br>     vs.<br><br>CITY OF DALY CITY; GARY S. MCLANE, individually and in his official capacity as Chief of Police of the City of Daly City; Officer KRANZ, individually and in his official capacity as police officer of the City of Daly City; Officer ANDRADE individually and in his official capacity as police officer of the City of Daly City; Sergeant O'ROURKE, individually and in his official capacity as police officer of the City of Daly City; SERGEANT KEYES, individually and in his official capacity as police officer of the City of Daly City and DOES 1 through 30,<br><br>         Defendants.<br>_____ | No.  C 09-05318 MHP<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO AMEND COMPLAINT** |

IT IS HEREBY STIPULATED between counsel for the parties that the time to file a motion or stipulation for amendment of plaintiff's complaint to add parties and/or claims is extended to May 14, 2010.

This stipulation is made with reference to the fact that plaintiff began the deposition of a

STIPULATION AND ORDER FOR EXTENSION OF TIME TO AMEND COMPLAINT

1 witness who has information relevant to the basis for amendment and her deposition will be
2 completed on May 7, 2010.  The parties are scheduled for a settlement conference before
3 Magistrate Judge Larson on May 11, 2010.

Dated: May 7, 2010

/s/ David J. Beauvais
DAVID J. BEAUVAIS
Attorney for Plaintiff

Dated: May 7, 2010

/s/ Kimberly Drake
KIMBERLY DRAKE
Attorney for Defendants

**ORDER**

IT IS SO ORDERED.

Dated:  5/11/2010

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE
Judge Marilyn H. Patel

STIPULATION AND ORDER FOR EXTENSION OF TIME TO AMEND COMPLAINT

2