David J. Beauvais (CA Bar # 84275)
LAW OFFICE OF DAVID J. BEAUVAIS
409-13th Street, 20th Floor
Oakland, California 94612
Telephone: (510) 832-3605
Facsimile:   (510) 832-3610

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ENNIS, | No. C 09-05318 MHP |
| Plaintiff, | |
| vs. | **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| CITY OF DALY CITY; GARY S. MCLANE, individually and in his official capacity as Chief of Police of the City of Daly City; Officer KRANZ, individually and in his official capacity as police officer of the City of Daly City; Officer ANDRADE individually and in his official capacity as police officer of the City of Daly City; Sergeant O'ROURKE, individually and in his official capacity as police officer of the City of Daly City, and DOES 1 through 30, | Date:  June 28, 2010<br>Time:  2:00 P.M.<br>Crtrm: 15, 18th Floor |
| Defendants. | |

To: Defendants and their attorneys of record:

NOTICE IS HEREBY GIVEN that on June 28, 2010 at 2:00 P.M. or as soon thereafter as the matter may be heard in Courtroom 15, 18th Floor, of the United States District Court located at 450 Golden Gate Avenue, San Francisco, California, plaintiff will move the court for an order

1 granting leave to file the proposed second amended complaint attached to the declaration of
2 counsel accompanying this motion.
3     This motion is made under Rule 15 of the Federal Rules of Civil Procedure.
4     This motion is based on this notice, the accompanying declaration of plaintiff's counsel,
5 plaintiff's memorandum of points and authorities and such evidence, oral and documentary, as
6 may be presented at the hearing.

DATED: May 14, 2010

                /s/ David J. Beauvais
                Attorney for Plaintiff
                Mark Ennis