David J. Beauvais (CA Bar # 84275)
LAW OFFICE OF DAVID J. BEAUVAIS
409-13th Street, 20th Floor
Oakland, California 94612
Telephone: (510) 832-3605
Facsimile:   (510) 832-3610

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ENNIS, | No. C 09-05318 MHP |
| Plaintiff, | **[PROPOSED] ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| vs. | |
| CITY OF DALY CITY; GARY S. MCLANE, individually and in his official capacity as Chief of Police of the City of Daly City;Officer KRANZ, individually and in his official capacity as police officer of the City of Daly City; Officer ANDRADE individually and in his official capacity as police officer of the City of Daly City; Sergeant O'ROURKE, individually and in his official capacity as police officer of the City of Daly City, and DOES 1 through 30, | Date:  June 28, 2010<br>Time:  2:00 P.M.<br>Crtrm: 15, 18th Floor |
| Defendants. | |

Plaintiff's motion for leave to file a second amended complaint came on regularly for hearing on June 28, 2010 before the Honorable Marilyn H. Patel.  Plaintiff appeared by his counsel, David J. Beauvais.  Defendants appeared by their counsel, Kimberly Drake.

The court having considered the papers and pleadings on file and good cause appearing therefor:

PROPOSED ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT

1   IT IS HEREBY ORDERED that plaintiff's motion is granted. Plaintiff shall file his
2   second amended complaint forthwith.

    DATED:

                                            _____
                                            UNITED STATES DISTRICT JUDGE

PROPOSED ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT

2