| | |
|---|---|
| 1 | GONZALEZ & LEIGH, LLP |
| | MATT GONZALEZ (SBN 153486) |
| 2 | G. WHITNEY LEIGH (SBN 153457) |
| | MATTHEW R. SCHULTZ (SBN 220641) |
| 3 | Two Shaw Alley, Third Floor |
| | San Francisco, CA 94105 |
| 4 | Telephone: (415) 512-2000 |
| | Facsimile: (415) 512-2001 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | DENIZ BOLBOL |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DENIZ BOLBOL, | Case Nos. C-09-5318 MHP; 06-CV-01944 MHP |
| Plaintiff, | |
| v. | **NOTICE OF PENDENCY OF MOTION TO CONSOLIDATE RELATED ACTIONS** |
| CITY OF DALY CITY, DALY CITY POLICE CHIEF McCLANE, DALY CITY POLICE OFFICER KRANZ, DALY CITY POLICE SERGEANT O'ROURKE, DALY CITY POLICE CAPTAIN ERIC WOLLMAN, COW PALACE CEO WALTER HAUB, CARSON & BARNES CIRCUS, CARSON & BARNES CIRCUS MANAGER PARRA-BELLO and DOES 1-20 in their individual and official capacities, Jointly and Severally, | **(F.R.C.P. 42(a); Civ. L.R. 3-13)** |
| | Date: August 23, 2010 |
| | Time: 2:00 p.m. |
| | Courtroom: 15, 18th Floor |
| | Judge: The Hon. Marilyn H. Patel |
| Defendants. | |
| MARK ENNIS, | |
| Plaintiff, | |
| v. | |
| CITY OF DALY CITY; DALY CITY POLICE CHIEF McCLANE, individually and in his official capacity as Chief of Police of the City of Daly City; OFFICER KRANZ, individually and in his capacity as a police officer of the City of Daly City; Officer Andrade, individually and in his capacity as a police officer of the City of Daly City; Sergeant O'ROURKE, | |

| | |
|---|---|
| 1 | individually and in his capacity as a police officer of the City of Daly City; Sergeant KEYES, individually and in his capacity as a police officer of the City of Daly City; ERIC WOLLMAN, individually and in his capacity as a police officer of the City of Daly City dba Cow Palace; WALTER HAUB, individually and in his capacity as Chief Executive Officer of 1-A Agricultural Association,; DIANA COLVIN, individually and in her official capacity as an employee of 1-A Agricultural Association; VALERY LAXAMANA, individually and in her official capacity as an employee of 1-A Agricultural Association; CARSON & BARNES CIRCUS, GUSTAVO PARRA-BELLO, an employee of Carson & Barnes Circus; CARLOS OLMOS, an employee of Carson & Barnes Circus, JOSE VARGAS DIAZ, an employee of Carson & Barnes Circus, and DOES 1-30, |
| | Defendants. |

   PLEASE TAKE NOTICE that on August 23, 2010, at 2:00 p.m., or as soon thereafter as may be heard, Plaintiff Deniz Bolbol has moved to consolidate the two above-captioned cases, which the Court has related, pursuant to Federal Rule Civil Procedure, Rule 42(a).  Plaintiff Deniz Bolbol has notified Mark Ennis, plaintiff in the case sought to be consolidated, of the pending motion to consolidate.  This notice is provided in order to enable both matters to appear on the Court's calendar on the date and time of the hearing, pursuant to Civil Local Rule 3-13.

Dated: August 3, 2010                    Respectfully submitted,

                                         GONZALEZ & LEIGH, LLP


                                         By: __/s/ G. Whitney Leigh_____
                                             G. Whitney Leigh
                                             Attorneys for Plaintiff
                                             DENIZ BOLBOL

---

**NOTICE OF PENDENCY OF MOTION TO CONSOLIDATE RELATED ACTIONS**
**Cases Nos. 06-CV-01944 MHP and C-09-05318 MHP**