Kimberly E. Colwell (SBN: 127604)
kcolwell@meyersnave.com
Kimberly M. Drake (SBN: 209090)
kdrake@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF DALY CITY, CHIEF OF POLICE GARY S. MCLANE (RET.), DALY CITY POLICE OFFICER ANDRADE, DALY CITY POLICE OFFICER KEYES, DALY CITY POLICE OFFICER KRANZ, and DALY CITY POLICE OFFICER O'ROURKE

David J. Beauvais (SBN: 84275)
Law Office of David J. Beauvais
409 Thirteenth Street, 20th Floor
Oakland, California 94612
Telephone: (510) 832-3605
Facsimile:  (510) 832-3610
email: davebeau@pacbell.net

Attorney for Plaintiff
MARK ENNIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ENNIS,<br><br>              Plaintiff,<br><br>v.<br><br>CITY OF DALY CITY et al.,<br><br>              Defendants. | Case No: C 09-05318 MHP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL DATE AND ASSOCIATED DATES**<br><br><br><br>Complaint Filed:  January 22, 2010 |

Plaintiff MARK ENNIS, and Defendants CITY OF DALY CITY, CHIEF OF POLICE GARY S. MCLANE (RET.), DALY CITY POLICE OFFICER ANDRADE, DALY CITY POLICE OFFICER KEYES, DALY CITY POLICE OFFICER KRANZ, and DALY CITY POLICE OFFICER O'ROURKE, by and through their attorneys of record ("the Parties"), hereby jointly agree and stipulate as follows:

1.  The Parties participated in a Settlement Conference with Magistrate Judge James Larson yesterday.  The case did not settle but the Parties are not opposed to continuing informal settlement negotiations.

2.  Trial in this matter is currently set for January 2011 and pretrial deadlines are fast approaching.

3.  On June 30, 2010, with leave of Court, plaintiff filed a Second Amended Complaint adding several new parties, facts, and claims.

4.  A Summons to defendants 1-A Agricultural Association, Walter Haub, Diana Colvin, Valery Laxamana, Carson & Barnes Circus, Gustavo Parra-Bello, Carlos Olmos and Jose Vargas Diaz was filed on August 23, 2010.

5.  Daly City Police Officer Captain Wollman, who has also been named as an additional defendant, has not yet been served or appeared in the case.

6.  Until all new parties have been served and appear in the case, the pleadings will not be settled.

7.  Until all new parties have been served and appear in the case, there is a risk that depositions, currently scheduled to go forward over the next several weeks, will have to be re-taken, resulting in undue waste.

8.  To promote judicial economy and avoid unnecessary costs, the Parties agree and stipulate that a further Case Management Conference should be scheduled in approximately 60-90 days to allow all parties time to appear in the case and participate in formulating a Supplemental Joint Case Management Conference Statement and Proposed Scheduling Order for the further handling of this case.  The Parties further agree and stipulate that the January 18, 2011 trial date, and all associated

and pending pretrial and trial dates including, but not limited to, the 1) date for completion of non-expert discovery, 2) expert disclosures and completion of expert discovery, and 3) the date for filing and hearing all dispositive motions, should be vacated.

**IT IS SO STIPULATED.**

Dated: August 26, 2010         MEYERS, NAVE, RIBACK, SILVER & WILSON

By:     /s/ Kimberly M. Drake
Kimberly E. Colwell
Attorneys for Defendants
CITY OF DALY CITY, CHIEF OF POLICE
GARY S. MCLANE (RET.), DALY CITY
POLICE OFFICER ANDRADE, DALY CITY
POLICE OFFICER KEYES, DALY CITY
POLICE OFFICER KRANZ, and DALY CITY
POLICE OFFICER O'ROURKE

Dated: August 26, 2010         LAW OFFICE OF DAVID J. BEAUVAIS

By:     /s/ David J. Beauvais
David J. Beauvais
Attorneys for Plaintiff
MARK ENNIS

**ORDER**

The Court hereby adopts the stipulation of the Parties and orders as follows:

The January 18, 2011 Jury Trial and January 12, 2011 Pretrial Conference are hereby VACATED;

All other deadlines are vacated;

The Parties shall appear at a further Case Management Conference on November 22, 2010 at 3:00 p.m.

The Parties submit a Supplemental Joint Case Management Conference no later than November 15, 2010.

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

Date: 8/27/2010

Marilyn Hall Patel
United States District Judge

*IT IS SO ORDERED*
Judge Marilyn H. Patel

2