Effie F. Anastassiou, Esq. (State Bar #96279)
Karli R. Jungwirth, Esq. (State Bar #227956)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone:  (831) 754-2501
Facsimile:   (831) 754-0621

Attorneys for Defendant, Carson & Barnes Circus

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIZ BOLBOL, individually,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF DALY CITY, et al.<br>_____<br><br>AND CONSOLIDATED ACTION<br>_____<br><br>MARK ENNIS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF DALY CITY, et al.<br><br>    Defendants.<br>_____ | CASE NO.: 3:09-cv-01944<br>Related CASE NO.: 3:09-cv-05318<br>  AMENDED<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF<br><br>L.R. 7-11 |

This Court, having considered CARSON & BARNES CIRCUS and GUSTAVO PARRA-BELLO'S (the "Circus Parties") Motion for Administrative Relief, the papers on file in this action, and good cause appearing therefor,

IT IS ORDERED:

The Circus Parties are granted leave to file a Motion for Summary Judgment or, In the Alternative, Partial Summary Judgment (the "Summary Judgment Motion") as to Plaintiff MARK

1  ENNIS's ("Ennis") claims set forth in his Third Amended Complaint not to exceed ~~35~~ 30 pages, rather
2  than the 25 page limit provide for in this Court's Local Rules 7-2(b) and 7-4(b);
3      Ennis is granted leave to file an opposition to the Summary Judgment Motion not to exceed ~~35~~ 30
4  pages, rather than the 25 page limit provided for in this Court's Local Rules 7-3(a) and 7-4(b); and
5      The Circus Parties are granted leave to file a reply to any opposition to the Summary Judgment
6  Motion not to exceed 20 pages, rather than the 15 page limit provided for in this Court's Local Rule 7-
7  3(c).
8      **IT IS SO ORDERED.**
9  DATED: 8/12/11 _____
10      HON. U.S.

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

12  \\Lawserver\company\ALF\Federal Litigation\Pleadings\Pleadings in Ennis Case\Summary Judgment\Motion for Relief re Pages\Proposed Order.wpd

Deniz Bolbol v. City of Daly City, et al.       Motion for Administrative Relief
Case No. 3:09-cv-01944 MHP      2