J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
MATTHEW ROMAN (SBN 267717)
mroman@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 225
Oakland, California  94612
Tel.:    (510) 287-4160
Fax:    (510) 287-4161

Attorneys for Defendants
1-A AGRIGULTURAL ASSOCIATION, WALTER HAUB,
DIANA COLVIN AND VALERY LAXAMANA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| DENIZ BOLBOL, individually<br><br>Plaintiff,<br><br>v.<br><br>DALY CITY POLICE OFFICER KRANZ, DALY CITY POLICE SERGEANT O'ROURKE, DALY CITY POLICE CAPTION ERIC WOLLMAN, CARSON & BARNES CIRCUS, CARSON & BARNES CIRCUS MANAGER GUSTAVO PARRABELLO, 1-A District Agricultural Association (COW PALACE), COW PALACE CEO WALTER HAUB, and DOES 1-20, in their individual and official capacities, jointly and severally,<br><br>Defendants. | Case No.:  3:09-cv-01944 EMC<br>Consolidated w/3:09-cv-05318-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF DEFENDANTS 1-A AGRICULTURAL ASSOCIATION, WALTER HAUB, DIANA COLVIN, AND VALERY LAXAMANA** |

1  Defendants 1-A AGRICULTURAL ASSOCIATION, WALTER HAUB, DIANA COLVIN,
2  and VALERY LAXAMANA, by and through their counsel, MATTHEW ROMAN of Andrada &
3  Associates, and Plaintiff, DENIZ BOLBOL, by and through her counsel, WHITNEY LEIGH of
4  Gonzalez & Leigh, LLP, submit the following Stipulation of Dismissal with Prejudice pursuant to Fed.
5  R. Civ. P. 41(a)(1).
6  IT IS HEREBY STIPULATED that the above-captioned action be and hereby is dismissed
7  with prejudice pursuant to Fed. R. Civ. P. 41(a)(1) as to Defendants 1-A AGRICULTURAL
8  ASSOCIATION, WALTER HAUB, DIANA COLVIN, and VALERY LAXAMANA.
9  IT IS FURTHER STIPULATED that each party shall bear its own costs.

11  Date: October 6, 2011                    GONZALEZ & LEIGH, LLP

13                                           By: [signature]
14                                           WHITNEY LEIGH
                                             Attorney for Plaintiff
15                                           DENIZ BOLBOL

17  Dated: October 6, 2011                  ANDRADA & ASSOCIATES

19                                           By: [signature]
20                                           MATTHEW ROMAN
                                             Attorneys for Defendants 1-A DISTRICT
21                                           AGRICULTURAL ASSOCIATION and
                                             WALTER HAUB

22  Plaintiff DENIZ BOLBOL's claims against Defendants 1-A AGRICULTURAL
23  ASSOCIATION, WALTER HAUB, DIANA COLVIN, and VALERY LAXAMANA are HEREBY
24  DISMISSED WITH PREJUDICE pursuant to the stipulation between the parties.
25  IT IS SO ORDERED.

27  DATED: 10/12/11

*IT IS SO ORDERED*
[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
Judge Edward M. Chen

{00076427.DOC/}CFSA 0901
STIPULATION OF DISMISSAL

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

2   ...Kranz, et al.
    3:09-cv-0944-MHP