David J. Beauvais (CA Bar # 84275)
LAW OFFICE OF DAVID J. BEAUVAIS
409-13th Street, 20th Floor
Oakland, California 94612
Telephone: (510) 832-3605
Facsimile:  (510) 832-3610

Attorney for Plaintiff
MARK ENNIS

UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ENNIS, | No.  C 09-05318 EMC |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST CITY OF DALY CITY, GARY S. MCLANE, OFFICER KRANZ, OFFICER ANDRADE, SERGEANT O'ROURKE, SERGEANT KEYES AND CAPTAIN WOLLMAN** |
| vs. | |
| CITY OF DALY CITY, et al., | |
| Defendants. | |

    Plaintiff, MARK ENNIS, by and through his counsel, DAVID J. BEAUVAIS,  and defendants, CITY OF DALY CITY, GARY S. MCLANE, OFFICER KRANZ, OFFICER ANDRADE, SERGEANT O'ROURKE, SERGEANT KEYES and ERIC WOLLMAN, through their counsel, KIMBERLY M. DRAKE of MEYERS, NAVE, RIBACK, SILVER & WILSON submit the following stipulation of dismissal with prejudice pursuant to Fed. R. Civ.P. 41(a)(1).

    IT IS HEREBY STIPULATED that the above action be and hereby is dismissed with prejudice pursuant to Fed.R. Civ.P. 41(a)(1) as to Defendants CITY OF DALY CITY,  GARY S. MCLANE, OFFICER KRANZ, OFFICER ANDRADE, SERGEANT O'ROURKE, SERGEANT KEYES and CAPTAIN WOLLMAN.

IT IS FURTHER STIPULATED that each party shall bear his, her and its own costs.

DATED: October 19, 2011

    /s/ David J. Beauvais
    DAVID J. BEAUVAIS
    Attorney for Plaintiff
    MARK ENNIS

DATED: October 19, 2011

    /s/ Kimberly M. Drake
    KIMBERLY M. DRAKE on behalf
    of MEYERS, NAVE, RIBACK,
    SILVER & WILSON
    Attorneys for Defendants

**ORDER**

Pursuant to the stipulation of the parties, Plaintiff MARK ENNIS' claims against Defendants CITY OF DALY CITY, GARY S. MCLANE, OFFICER KRANZ, OFFICER ANDRADE, SERGEANT O'ROURKE, SERGEANT KEYES and CAPTAIN WOLLMAN are dismissed with prejudice.

IT IS SO ORDERED.

DATED:   10/20/2011

    HON. _____
    Judge Edward M. Chen