| | |
|---|---|
| 1 | Effie F. Anastassiou, Esq. (State Bar #96279) |
| | ANASTASSIOU & ASSOCIATES |
| 2 | 242 Capitol Street |
| | Post Office Box 2210 |
| 3 | Salinas, California 93902 |
| | Telephone: (831) 754-2501 |
| 4 | Facsimile: (831) 754-0621 |
| 5 | |
| 6 | Attorneys for Defendants, |
| | Carson & Barnes Circus and Gustavo Parra-Bello |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DENIZ BOLBOL, individually, | | Case No: C 09-05318 EMC |
| | | Related to Case No.: C 09-01944 EMC |
| Plaintiff, | | |
| v. | | **STIPULATION TO CONTINUE STATUS CONFERENCE;** ~~AND [PROPOSED]~~ **ORDER CONTINUING STATUS CONFERENCE** AND VACATING TRIAL AND TRIAL RELATED DATES |
| CITY OF DALY CITY, et al. | | |
| | | Status Conference: January 6, 2011 |
| | | Time: 10:30 a.m. |
| | | Courtroom: 5, 17th Floor |
| AND CONSOLIDATED ACTION | | |
| MARK ENNIS, | | |
| Plaintiff, | | |
| v. | | |
| CITY OF DALY CITY, et al. | | |
| Defendants. | | |

WHEREAS, Plaintiffs in the above related cases, DENIZ BOLBOL and MARK ENNIS (collectively, the "Plaintiffs"), and Defendants in the above related cases, CARSON & BARNES CIRCUS and GUSTAVO PARRA-BELLO (collectively, the "Carson Defendants"), have entered into

a written Settlement Agreement settling all of the claims by the Plaintiffs against the Carson Defendants;

WHEREAS, there is a status conference scheduled for January 6, 2012 at 10:30 a.m. before the Honorable Chen;

WHEREAS, Plaintiffs and the Carson Defendants wish to continue the status conference to a date after March 31, 2012 to allow time for all of the terms of the Settlement Agreement to be performed by Plaintiff and the Carson Defendants;

Therefore, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and the Carson Defendants, by their respective counsel, that the status conference currently scheduled for January 6, 2012 be continued to a date after March 31, 2012.

SO STIPULATED.

Respectfully submitted,

LAW OFFICE OF DAVID J. BEAUVAIS

By: _____
David J. Beauvais
Attorneys for Plaintiff MARK ENNIS

GONZALEZ & LEIGH LLP

By:_____
G. Whitney Leigh
Attorneys for Plaintiff
DENIZ BOLBOL

ANASTASSIOU & ASSOCIATES

By: /s/ Effie F. Anastassiou
Effie F. Anastassiou, Esq.
Attorneys for Defendant
CARSON AND BARNES CIRCUS and
GUSTAVO PARRA-BELLO

## ORDER

In light of the written settlement agreement entered into by Plaintiffs DENIZ BOLBOL and MARK ENNIS and Defendants CARSON & BARNES CIRCUS and GUSTAVO PARRA-BELLO,

a written Settlement Agreement settling all of the claims by the Plaintiffs against the Carson Defendants;

WHEREAS, there is a status conference scheduled for January 6, 2012 at 10:30 a.m. before the Honorable Chen;

WHEREAS, Plaintiffs and the Carson Defendants wish to continue the status conference to a date after March 31, 2012 to allow time for all of the terms of the Settlement Agreement to be performed by Plaintiff and the Carson Defendants;

Therefore, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and the Carson Defendants, by their respective counsel, that the status conference currently scheduled for January 6, 2012 be continued to a date after March 31, 2012.

SO STIPULATED.

Respectfully submitted,

LAW OFFICE OF DAVID J. BEAUVAIS

By:_____
David J. Beauvais
Attorneys for Plaintiff MARK ENNIS

GONZALEZ & LEIGH LLP

By:_____
G. Whitney Leigh
Attorneys for Plaintiff
DENIZ BOLBOL

ANASTASSIOU & ASSOCIATES

By: /s/ Effie F. Anastassiou
Effie F. Anastassiou, Esq.
Attorneys for Defendant
CARSON AND BARNES CIRCUS and
GUSTAVO PARRA-BELLO

## ORDER

In light of the written settlement agreement entered into by Plaintiffs DENIZ BOLBOL and MARK ENNIS and Defendants CARSON & BARNES CIRCUS and GUSTAVO PARRA-BELLO,

1  the status conference currently scheduled for January 6, 2012 is hereby continued to ~~a date after March~~
2  ~~31, 2012:~~     March 30, 2012 at 10:30 a.m.  The February 6, 2012 trial date and trial related deadlines are hereby vacated.
3  Date: _____
4  Time: _____
5  
6  Department: _____
7  
   SO ORDERED.
8  
   Dated: _____12/19/11_____

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen
United States District Judge
Northern District of California